UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LAURA RUIZ, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 3:17-CV-00197-PRM |
| | § | |
| AH 2005 MANAGEMENT, L.P., | § | |
|     Defendant. | § | |

**ORDER**

On this day, the Court considered Plaintiff Laura Ruiz's Motion to Remand to State Trial Court her claims under the Texas Workers' Compensation Act. The Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff Laura Ruiz's workers' compensation retaliation claim under Texas Labor Code section 451.001 is severed from the instant case and remanded to Texas state court.

**IT IS SO ORDERED**.

Signed this _____ day of _____, 2017.

                                                                               _____
                                                                               PHILIP R. MARTINEZ
                                                                               UNITED STATES DISTRICT JUDGE